## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DERRICK COLES, on behalf of himself and
on behalf of all others similarly situated,

    Plaintiffs,

v.                                                      Case No. 8:17-cv-829-T-17-AEP

STATESERV MEDICAL OF FLORIDA,
LLC, THE STATESERV COMPANIES,
LLC, and STATESERV MEDICAL, LLC,

    Defendants.
_____ /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Derrick Coles, on behalf of himself and on behalf of all others similarly situated, and Defendants StateServ Medical of Florida, LLC, The StateServ Companies, LLC, and StateServ Medical, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of this action, including all claims and counterclaims.

| | |
|---|---|
| /s/ Marc R. Edelman | /s/ Lawton R. Graves |
| MARC R. EDELMAN | GEDDES D. ANDERSON, JR. |
| Florida Bar No.: 0096342 | Florida Bar No.: 0138894 |
| Email: medelman@forthepeople.com | Email: ganderson@murphyandersonlaw.com |
| MORGAN & MORGAN, P.A. | LAWTON R. GRAVES |
| 201 N. Franklin Street, #700 | Florida Bar No.: 0086935 |
| Tampa, FL 33602-5157 | Email: lgraves@murphyandersonlaw.com |
| Telephone: 813-223-5505 | MURPHY & ANDERSON, P.A. |
| Facsimile: 813-257-0572 | 1501 San Marco Blvd. |
| *Attorney for Plaintiff* | Jacksonville, FL 32207 |
| | Telephone: 904-598-9282 |
| | Facsimile: 904-598-92836 |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2019, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                  /s/ Lawton R. Graves
                                          Attorney